# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 16, 2008

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 7 2008**

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

JUN 1 7 2008

**BY HAND**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: **United States v. Richard Espinosa et al.**
   07 Cr. 501 (GBD)

Dear Judge Daniels:

I write on behalf of my client, Richard Espinosa, to respectfully request that the Court excuse the appearance of Mr. Espinosa at the status conference with the Court scheduled for Wednesday, June 18, 2008 at 10:00 A.M.. The parties are currently engaged in plea discussions and it is anticipated that counsel and the Government will seek a continuance in furtherance of those discussions.

Mr. Espinosa's son will be admitted to Holy Name Hospital, in Teaneck, New Jersey on Wednesday morning for orthopaedic surgery. See Defense Exhibit A, attached. Mr. Espinosa is needed to take him to the hospital and would remain until the surgery is completed.

The Federal Rules of Criminal Procedure, Rule 43(b)(3), provides that a defendant need not be present "when the proceeding involves only a conference or hearing upon a question of law."

Thank you for your consideration of this matter.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

cc: Michael D. Maimin, Esq.
    Assistant United States Attorney